AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marcus Daniel Allison,<br>*Plaintiff*<br>v. | Civil Action No.     1:14-cv-00668-RBH |
| Tom Martin, County of Oconee SC by Atty; Deputy Sol David Wagner, Oconee Co; Chief PD Wilson Burr, Oconee Co; Cpl. Jarrett Price, O.C.S.O.; Sgt. Casey Bowling, O.C.S.O.; James Singleton, Ret. Sheriff, O.C.S.O.; Elizabeth Holcomb, M.D. Lieber Corr. Inst.; Jointly, Individually and in their Official Capacities<br>*Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Marcus Daniel Allison, shall take nothing of the defendants; Tom Martin, Deputy Sol David Wagner, Chief PD Wilson Burr, Cpl. Jarrett Price, Sgt. Casey Bowling, James Singleton, and Elizabeth Holcomb, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   November 24, 2014                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/A. Buckingham

                                                              *Signature of Clerk or Deputy Clerk*